IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAHOM NAYZGI TESFA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-1012-K-BN |
| | § | |
| PAMELA JO BONDI, U.S. Attorney General, ET AL., | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Petitioner Nahom Nayzgi Tesfa's Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 2]. *See* Dkt. No. 5.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed April 15th, 2026.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE